IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| 5556 GASMER MANAGEMENT, LLC | § | CIVIL ACTION NO. 4:19-cv-00974 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| UNDERWRITERS AT LLOYD'S, LONDON F/K/A CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, OLD REPUBLIC UNION INSURANCE COMPANY, AMRISC, LLC, AND US RISK, LLC | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR DISMISSAL WITH PREJUDICE**

The Court has considered Plaintiff's Status Report & Plaintiff's Unopposed Motion for Dismissal with Prejudice and hereby finds that Plaintiff's Motion should be GRANTED. It is hereby ORDERED, ADJUDGED, and DECREED that all claims and causes of action asserted by Plaintiff against all of the Defendants UNDERWRITERS AT LLOYD'S, LONDON f/k/a CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, OLD REPUBLIC UNION INSURANCE

COMPANY, AMRISC, LLC and US RISK, LLC are dismissed, with prejudice to the refiling of such claims and causes of action in this or any Court and that all attorneys' fees, experts' fees, litigation costs, and all other costs and expenses incurred herein by Plaintiff and all of the Defendants, respectively, shall be paid by each party incurring same.

      All other requested relief not granted herein is DENIED.

      SIGNED this _____ day of _____, 2023.

                                                                   PRESIDING JUDGE